# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEITH EMMANUEL, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>KING COUNTY, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-0377JLR<br><br>ORDER TO SHOW CAUSE |

On March 12, 2018, Plaintiffs Keith Emmanuel, Richard Homchick, and Charles Peters (collectively, "Plaintiffs") filed this lawsuit against a number of political subdivisions, governmental entities, and individuals. (*See* Compl. (Dkt. # 1).) The following day, Plaintiffs filed a "corrected complaint." (*See* Corr. Compl. (Dkt. # 2).) Although the phrase "corrected complaint" suggests that Plaintiffs merely remedied errors in the original complaint, the court's review reveals that the later filing contains changes other than simple corrections. (*Compare, e.g.*, Compl. ¶¶ 1-2, 26, *with* Corr. Compl. ¶¶ 1-2, 26.) The District's Local Civil Rules, however, contemplate that

ORDER - 1

corrected documents may be filed only to remedy errors.  *See* Local Rules W.D. Wash. LCR 7(m) ("In the event that an error is discovered, a party should file . . . a praecipe requesting that the court consider a corrected document . . . ."). Moreover, Plaintiffs failed to file a praecipe specifying "the corrections by page and line number" along with the "corrected complaint." *Id.*  Accordingly, the court ORDERS Plaintiffs to show cause no later than Monday, March 19, 2018, at 5:00 p.m. why the court should not treat Plaintiffs' "corrected complaint" as an amended complaint pursuant to Federal Rule of Civil Procedure 15.[1] *See* Fed. R. Civ. P. 15(a)(1) (stating that a party may amend its pleading once as a matter of right within 21 days after serving the pleading or the service of a responsive pleading or motion under Rule 12(b), (e), or (f), whichever is earlier). The Plaintiffs must limit their submission to no more than three (3) pages.

Dated this 14th day of March, 2018.

JAMES L. ROBART
United States District Judge

---

[1] No defendant has yet appeared in this matter.  (*See* Dkt.)  If, however, a defendant appears before the deadline the court has set for Plaintiffs' submission, the defendant may also file a response to the court's order, subject to the same time and page limitations.