# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEITH EMMANUEL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>        Defendants. | CASE NO. C18-0377JLR<br><br>ORDER |

On March 14, 2018, the court ordered Plaintiffs Keith Emmanuel, Richard Homchick, and Charles Peter (collectively, "Plaintiffs") to show cause why the court should not treat their "corrected" complaint as an amended complaint. (*See* 3/14/18 Order (Dkt. # 3)); Corr. Compl. (Dkt. # 2).) Plaintiffs and Defendants King County, John Urquhart, and Daniel Satterberg filed responses in which they agree that the court should treat Plaintiffs' "corrected" complaint as an amended complaint. (*See* Pls. Resp. (Dkt. # 6); Defs. Resp. (Dkt. # 7).) Accordingly, the court ORDERS Plaintiffs to file the "corrected" complaint as an amended complaint no later than Wednesday, March 21,

ORDER - 1

2018, at 12:00 p.m.  (*See* Pls. Resp. at 3 (agreeing that Plaintiffs should "re-file the 'corrected' document as an amended complaint" (internal citation omitted)).)  Plaintiffs' amended complaint may not differ from the "corrected" complaint.

Dated this 20th day of March, 2018.

JAMES L. ROBART
United States District Judge