Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEITH EMMANUEL; RICHARD HOMCHICK; and CHARLES PETERS, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a municipal corporation and responsible entity of the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; CITY OF BELLEVUE, a municipal corporation and responsible entity of the BELLEVUE POLICE DEPARTMENT; JOHN URQUHART, individually and in his official capacity as King County Sherriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor; STEVEN MYLETT, individually and in his official capacity as Bellevue Police Chief; and JOHN DOES 1-10,<br><br>Defendants. | No. 2:18-cv-00377-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO STAY INITIAL SCHEDULING DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>May 7, 2018 |

STIPULATED MOTION AND ORDER TO STAY INITIAL
SCHEDULING DEADLINES (No. 2:18-cv-00377-JLR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## STIPULATED MOTION

All parties jointly request that the deadlines for the Joint Status Report and initial disclosures be continued until after the Court rules on King County's Motion to Dismiss and Stay (Dkt. 17), which is noted for May 11.

The County's motion seeks, among other relief, a stay of this civil action until the related criminal proceedings in state court are concluded.[1] (*See* Dkt. 17.) The current deadline to exchange initial disclosures is May 8, and the deadline to submit a Joint Status Report and Discovery Plan is May 15. (Dkt. 15.)

The parties held their FRCP 26(f) conference on April 23 and resumed the conference on May 3. Among the issues discussed were the topics listed in the Court's March 27, 2018, Order (Dkt. #11), King County's pending motion, the Plaintiffs' own reasons for desiring a stay of this civil action on different grounds than those raised in King County's motion, and other issues. The parties determined that their input regarding numerous items in the Joint Status Report (proposed deadlines for joining additional parties, disclosing experts and completing discovery, for example) will depend on whether this action is going to be stayed and on what grounds. The parties also agreed it would be inefficient to make initial disclosures now if no other discovery will occur until after any potential stay is lifted.

Therefore, the parties request that the deadlines for initial disclosures and submission of the Joint Status Report both be moved to fourteen days after (1) the Court rules on the

---

[1] The criminal trials of Plaintiffs Keith Emmanuel and Charles Peters are currently scheduled for September 2018. Plaintiff Richard Homchick's criminal proceeding is already concluded.

STIPULATED MOTION AND ORDER TO STAY INITIAL
SCHEDULING DEADLINES (No. 2:18-cv-00377-JLR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

County's pending motion or (2) the Court lifts any stay it decides to order, whichever occurs later.

DATED: May 7, 2018

| | |
|---|---|
| MILLS MEYERS SWARTLING P.S.<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett | CITY OF BELLEVUE<br>OFFICE OF THE CITY ATTORNEY<br>Lori M. Riordan, City Attorney<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett |
| By: *s/Geoffrey M. Grindeland*<br>Geoffrey M. Grindeland, WSBA No. 35798<br>Brett T. MacIntyre, WSBA No. 46572<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>bmacintyre@millsmeyers.com | By: *s/Cheryl A. Zakrzewski*<br>Cheryl A. Zakrzewski, WSBA No. 15906<br>City of Bellevue<br>450 – 110th Avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 452-6829<br>Fax: (425) 452-7256<br>E-mail: czakrzewski@bellevuewa.gov |
| SPIRO HARRISON<br>Counsel for the Plaintiffs | KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE<br>Counsel for King County Defendants |
| By: *s/Hozaifa Y. Cassubhai*<br>Hozaifa Y. Cassubhai, WSBA No. 39512<br>Spiro Harrison<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 899-1996<br>Fax: (973) 232-0887<br>E-mail: hcassubhai@spiroharrison.com | By: *s/David JW Hackett*<br>David JW Hackett, WSBA No. 21236<br>Richard L. Anderson, WSBA No. 25115<br>King County Prosecutor's Office<br>900 King County Administration Building<br>500 Fourth Avenue<br>Seattle, WA 98104<br>Telephone: (206) 296-0430<br>Fax: (206) 296-8819<br>E-mail: david.hackett@kingcounty.gov<br>rich.anderson@kingcounty.gov |

STIPULATED MOTION AND ORDER TO STAY INITIAL
SCHEDULING DEADLINES (No. 2:18-cv-00377-JLR) - 3

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## ORDER

Based on the foregoing, there is good cause to continue the deadlines for initial disclosures and submission of the Joint Status Report. Accordingly, both deadlines are moved to fourteen days after (1) the Court rules on the County's pending motion or (2) the Court lifts any stay it decides to order, whichever occurs later.

IT IS SO ORDERED.

DATED: May 8, 2018

_____
Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER TO STAY INITIAL
SCHEDULING DEADLINES (No. 2:18-cv-00377-JLR) - 4

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Hozaifa Y. Cassubhai, hcassubhai@spiroharrison.com

David J. Hackett, david.hackett@kingcounty.gov

Richard L. Anderson, rich.anderson@kingcounty.gov

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants:

N/A

Dated this 7th day of May, 2018.

*s/Karrie Fielder*
Karrie Fielder

STIPULATED MOTION AND ORDER TO STAY INITIAL
SCHEDULING DEADLINES (No. 2:18-cv-00377-JLR) - 5

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343