Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEITH EMMANUEL; RICHARD HOMCHICK; and CHARLES PETERS, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a municipal corporation and responsible entity of the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; CITY OF BELLEVUE, a municipal corporation and responsible entity of the BELLEVUE POLICE DEPARTMENT; JOHN URQUHART, individually and in his official capacity as King County Sherriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor; STEVEN MYLETT, individually and in his official capacity as Bellevue Police Chief; and JOHN DOES 1-10,<br><br>Defendants. | No. 2:18-cv-00377-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES<br><br>NOTE ON MOTION CALENDAR:<br>October 30, 2018 |

STIPULATED MOTION AND ORDER REGARDING INITIAL
DISCLOSURES (No. 2:18-cv-00377-JLR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# STIPULATED MOTION

This case was stayed until October 15, 2018, so the parties have not yet exchanged initial disclosures. The parties jointly request that the deadline for exchanging initial disclosures be set for November 15, 2018.

DATED: October 30, 2018

| | |
|---|---|
| MILLS MEYERS SWARTLING P.S.<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett | CITY OF BELLEVUE<br>OFFICE OF THE CITY ATTORNEY<br>Lori M. Riordan, City Attorney<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett |
| By: *s/Geoffrey M. Grindeland*<br>Geoffrey M. Grindeland, WSBA No. 35798<br>Brett T. MacIntyre, WSBA No. 46572<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>bmacintyre@millsmeyers.com | By: *s/Cheryl A. Zakrzewski*<br>Cheryl A. Zakrzewski, WSBA No. 15906<br>City of Bellevue<br>450 – 110th Avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 452-6829<br>Fax: (425) 452-7256<br>E-mail: czakrzewski@bellevuewa.gov |
| BAILEY DUQUETTE, P.C.<br>Counsel for the Plaintiffs | KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE<br>Counsel for King County Defendants |
| By: *s/Hozaifa Y. Cassubhai*<br>Hozaifa Y. Cassubhai, WSBA No. 39512<br>Bailey Duquette, P.C.<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 617-7029<br>Fax: (866) 233-5869<br>E-mail: hozaifa@baileyduquette.com | By: *s/David JW Hackett*<br>David JW Hackett, WSBA No. 21236<br>Kathleen Van Olst, WSBA No. 21186<br>King County Prosecutor's Office<br>900 King County Administration Building<br>500 Fourth Avenue<br>Seattle, WA 98104<br>Telephone: (206) 296-0430<br>Fax: (206) 296-8819<br>E-mail: david.hackett@kingcounty.gov<br>kathy.vanolst@kingcounty.gov |

STIPULATED MOTION AND ORDER REGARDING INITIAL
DISCLOSURES (No. 2:18-cv-00377-JLR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**ORDER**

Based on the foregoing, the deadline for exchanging initial disclosures is November 15, 2018.

IT IS SO ORDERED.

DATED: 30 October 2018, 2018

_____
Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER REGARDING INITIAL
DISCLOSURES (No. 2:18-cv-00377-JLR) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343