Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEITH EMMANUEL; RICHARD HOMCHICK; and CHARLES PETERS, as individuals,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KING COUNTY, a municipal corporation and responsible entity of the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; CITY OF BELLEVUE, a municipal corporation and responsible entity of the BELLEVUE POLICE DEPARTMENT; JOHN URQUHART, individually and in his official capacity as King County Sherriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor; STEVEN MYLETT, individually and in his official capacity as Bellevue Police Chief; and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:18-cv-00377-JLR<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER DISMISSING CLAIMS BY KEITH EMMANUEL AND CHARLES PETERS<br><br>NOTE ON MOTION CALENDAR:<br>November 15, 2018 |

STIPULATED MOTION AND ORDER DISMISSING CLAIMS BY
KEITH EMMANUEL AND CHARLES PETERS
(No. 2:18-cv-00377-JLR) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**STIPULATED MOTION**

Pursuant to FRCP 41(a)(1), Plaintiffs Keith Emmanuel and Charles Peters voluntarily dismiss their claims. The parties request the Court enter the order proposed below. This will not affect the claims by the remaining Plaintiff, Richard Homchick.

DATED: November 15, 2018

| | |
|---|---|
| MILLS MEYERS SWARTLING P.S.<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett | CITY OF BELLEVUE<br>OFFICE OF THE CITY ATTORNEY<br>Lori M. Riordan, City Attorney<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett |
| By: s/Geoffrey M. Grindeland<br>Geoffrey M. Grindeland, WSBA No. 35798<br>Brett T. MacIntyre, WSBA No. 46572<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>       bmacintyre@millsmeyers.com | By: s/Cheryl A. Zakrzewski<br>Cheryl A. Zakrzewski, WSBA No. 15906<br>City of Bellevue<br>450 – 110th Avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 452-6829<br>Fax: (425) 452-7256<br>E-mail: czakrzewski@bellevuewa.gov |
| BAILEY DUQUETTE, P.C.<br>Counsel for the Plaintiffs | KING COUNTY PROSECUTING ATTORNEY'S OFFICE<br>Counsel for King County Defendants |
| By: s/Hozaifa Y. Cassubhai<br>Hozaifa Y. Cassubhai, WSBA No. 39512<br>Bailey Duquette, P.C.<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 617-7029<br>Fax: (866) 233-5869<br>E-mail: hozaifa@baileyduquette.com | By: s/David J. Hackett<br>David J. Hackett,   WSBA No. 21236<br>Kathleen Van Olst, WSBA No. 21186<br>King County Prosecutor's Office<br>900 King County Administration Building<br>500 Fourth Avenue<br>Seattle, WA 98104<br>Telephone: (206) 296-0430<br>Fax: (206) 296-8819<br>E-mail: david.hackett@kingcounty.gov<br>       kathy.vanolst@kingcounty.gov |

STIPULATED MOTION AND ORDER DISMISSING CLAIMS BY
KEITH EMMANUEL AND CHARLES PETERS
(No. 2:18-cv-00377-JLR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the foregoing, all claims by Plaintiffs Keith Emmanuel and Charles Peters |
| 3 | are dismissed and they are no longer parties to this action. This Order does not affect the |
| 4 | claims by the remaining Plaintiff, Richard Homchick. |
| 5 | IT IS SO ORDERED. |

DATED: November 16, 2018

_____
Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER DISMISSING CLAIMS BY
KEITH EMMANUEL AND CHARLES PETERS
(No. 2:18-cv-00377-JLR) - 3

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343