1

Honorable James L. Robart

2

3

4

5

6  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
7  AT SEATTLE

8  | KEITH EMMANUEL; RICHARD HOMCHICK; and CHARLES PETERS, as individuals, | No. 2:18-cv-00377-JLR
   |---|---|
9  | | |
10 | Plaintiffs, | STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE CITY OF BELLEVUE AND CHIEF MYLETT |
11 | v. | |
12 | KING COUNTY, a municipal corporation and responsible entity of the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; CITY OF BELLEVUE, a municipal corporation and responsible entity of the BELLEVUE POLICE DEPARTMENT; JOHN URQUHART, individually and in his official capacity as King County Sherriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor; STEVEN MYLETT, individually and in his official capacity as Bellevue Police Chief; and JOHN DOES 1-10, | NOTE ON MOTION CALENDAR: April 1, 2019 |
13
14
15
16
17
18
19
20 | Defendants. | |

21

22

23     //

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST THE CITY OF
BELLEVUE AND CHIEF MYLETT
(No. 2:18-cv-00377-JLR) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

# STIPULATED MOTION

Pursuant to FRCP 41(a)(1), Plaintiff Richard Homchick voluntarily dismisses with prejudice all claims against the City of Bellevue and Chief Stephen Mylett. The parties request the Court enter the order proposed below.

DATED: April 1, 2019

| | |
|---|---|
| SEAMARK LAW GROUP PLLC<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett | CITY OF BELLEVUE<br>OFFICE OF THE CITY ATTORNEY<br>Lori M. Riordan, City Attorney<br>Co-Counsel for the City of Bellevue and<br>Chief Stephen Mylett |
| By: *s/Geoff Grindeland*<br>Geoffrey M. Grindeland<br>WSBA No. 35798<br>Seamark Law Group PLLC<br>400 Winslow Way E, Ste 230<br>Bainbridge Island, WA 98110<br>(206) 502-2510<br>geoff@seamarklaw.com | By: *s/Cheryl A. Zakrzewski*<br>Cheryl A. Zakrzewski<br>WSBA No. 15906<br>City of Bellevue<br>450 – 110th Avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 452-6829<br>Fax: (425) 452-7256<br>czakrzewski@bellevuewa.gov |
| BAILEY DUQUETTE, P.C.<br>Counsel for the Plaintiffs | KING COUNTY PROSECUTING<br>ATTORNEY'S OFFICE<br>Counsel for King County Defendants |
| By: *s/Hozaifa Y. Cassubhai*<br>Hozaifa Y. Cassubhai<br>WSBA No. 39512<br>Bailey Duquette, P.C.<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 617-7029<br>Fax: (866) 233-5869<br>hozaifa@baileyduquette.com | By: *s/David J. Hackett*<br>David J. Hackett<br>WSBA No. 21236<br>Amy E. Montgomery<br>WSBA No. 32068<br>King County Prosecutor's Office<br>500 Fourth Avenue, Ste. 900<br>Seattle, WA 98104<br>Telephone: (206) 296-0430<br>Fax: (206) 296-8819<br>david.hackett@kingcounty.gov<br>amy.montgomery@kingcounty.gov |

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST THE CITY OF
BELLEVUE AND CHIEF MYLETT
(No. 2:18-cv-00377-JLR) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

## ORDER

Based on the foregoing, all of Plaintiff Richard Homchick's claims against the City of Bellevue and Chief Stephen Mylett are dismissed with prejudice, but without an award of fees or costs to any party. The City of Bellevue and Chief Mylett are no longer parties to this case.

IT IS SO ORDERED.

DATED: 2nd April, 2019

Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST THE CITY OF
BELLEVUE AND CHIEF MYLETT
(No. 2:18-cv-00377-JLR) - 3

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510