The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD HOMCHICK,

    Plaintiff,

v.

KING COUNTY, a home rule charter county and municipal corporation doing business as the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; JOHN URQUHART, individually and in his official capacity as King County Sheriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor,

    Defendants.

No. C18-00377-JLR

ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF

    The Court has reviewed Plaintiff Richard Homchick's Motion to File an Over-Length Brief in support of his Opposition to Defendants' Motion for Summary Judgment (Dkt. 61). The Motion is granted for the reasons set forth by Plaintiff.

    IT IS SO ORDERED.

    Dated this 17th Day of June, 2020.

_____
The Honorable James L. Robart

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVER-LENGTH BRIEF – Page 1

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250  F 866.233.5869