1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    KEITH EMMANUEL, et al.,                    CASE NO. C18-0377JLR

11                          Plaintiffs,          ORDER STRIKING PLAINTIFF
                                                 RICHARD HOMCHICK'S
            v.                                   MOTION TO COMPEL
12

13    KING COUNTY, et al.,

14                          Defendants.

15          Before the court is Plaintiff Richard Homchick's motion to compel Defendant

16    King County to produce a Federal Rule of Civil Procedure 30(b)(6) designee to testify

17    about Defendants' third affirmative defense and other matters (MTC (Dkt. # 59).).  Mr.

18    Homchick filed his motion without first requesting a conference with the court.  (*See*

19    Dkt.)  The motion therefore contravenes the court's August 13, 2019, scheduling order.

20    (*See* Sched. Order (Dkt. # 53) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to

21    Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order

22    relating to discovery, the movant must request a conference with the court' by notifying

1   [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P.

2   16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving

3   for an order relating to discovery, the movant must request a conference with the court").

4   The court therefore STRIKES Mr. Homchick's motion (Dkt. # 59) without prejudice to

5   renewing the motion in a manner that comports with the court's scheduling order.

6        Dated this 18th day of June, 2020.

7

8        _____

9        JAMES L. ROBART
         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22