UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD HOMCHICK,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY, a home rule charter county and municipal corporation doing business as the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; JOHN URQUHART, individually and in his official capacity as King County Sheriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor,<br><br>    Defendants. | No. C18-00377-JLR<br><br>STIPULATION AND ORDER FOR A LIMITED EXTENSION TO DISCOVERY DEADLINE TO ACCOMMODATE SELECT DEPOSITIONS<br><br>***Noted for Consideration:***<br>**July 30, 2020** |

## STIPULATION

The parties hereby jointly seek permission from the Court to conduct select depositions after the upcoming August 3, 2020, discovery deadline, given certain complications related to scheduling as set forth below.

Under the current schedule, the deadline to complete discovery in this matter is August 3, 2020. Dkt. #53. However, there are a small number of depositions remaining that, despite best efforts, the parties are unable to complete by the deadline due primarily to witness unavailability.

Specifically, Defendants seek to depose Plaintiff's expert, Lauren Freeman, who produced her final report on July 3, 2020, in compliance with the expert disclosure deadline. *See* Dkt. #57. Because Ms. Freeman was not available during the latter part of July when Defendants sought to take her deposition, the parties have agreed, pending the Court's approval, to hold Ms. Freeman's deposition on August 6, 2020, *i.e.*, three days after the current cut-off.

Likewise, Plaintiff has sought for the last two months to schedule a deposition of non-party Demand Abolition through its counsel. After initial indications that the Demand Abolition witness would be available in July and that dates would be provided for that deposition in that timeframe, Plaintiff was informed on July 13, 2020, that the witness had departed for a vacation and would not return until the week of August 3, 2020. That deposition is now tentatively scheduled for August 11, 2020.

Finally, Plaintiff informed Defendants last month about the potential need to conduct one or two depositions after Plaintiff received a supplemental production of documents then-anticipated from the Sheriff's Office. Last Friday, Plaintiff received approximately 26,000 pages of emails. Plaintiff is diligently reviewing those documents to ascertain the need and timing for depositions(s), but, given the volume of materials and competing obligations, as well as witness availability issues, any such deposition(s) unfortunately cannot be realistically completed by August 3, 2020. A limited two-week extension will allow for the parties to coordinate scheduling that deposition(s) and to resolve any other attendant issues.

For the above-stated reasons, the parties respectfully request that the Court enter the below Order, extending the discovery deadline by no more than two weeks to August 17, 2020. Such an extension should not impact any other deadlines on the current case schedule.

//

//

//

//

STIPULATION AND ORDER FOR A LIMITED
EXTENSION TO DISCOVERY DEADLINE TO
ACCOMMODATE SELECT DEPOSITIONS – Page 2

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 866.233.5869

STIPULATED AND AGREED TO this 30th day of July, 2020.

Respectfully Submitted,

| BAILEY DUQUETTE P.C. | KING COUNTY PROSECUTING ATTORNEY'S OFFICE |
|---|---|
| By: */s/ Hozaifa Y. Cassubhai* <br> Hozaifa Y. Cassubhai, WSBA #39512 <br> 500 Union Street, Suite 800 <br> Seattle, Washington 98101 <br> Telephone: 206.225.2250 <br> Email: hozaifa@baileyduquette.com <br><br> *Attorneys for Plaintiff Richard Homchick* | By: */s/ David Hackett* <br> David Hackett, WSBA #21236 <br> Amy Montgomery, WSBA #32068 <br> 900 King County Administration Bldg. <br> 500 Fourth Avenue <br> Seattle, Washington 98104 <br> Telephone: 206.296.0430 <br> Email: david.hackett@kingcounty.gov <br> amy.montgomery@kingcounty.gov <br><br> *Attorneys for Defendants King County Prosecuting Attorney's Office, King County Sheriff's Office, Daniel Satterberg, and John Urquhart* |

## ORDER

The Court's scheduling order (Dkt. #53) is amended as follows:

|  | Current Date | New Date |
|---|---|---|
| Discovery Deadline | August 3, 2020 | August 17, 2020 |

**IT IS SO ORDERED.**

DATED this 13th day of August, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER FOR A LIMITED EXTENSION TO DISCOVERY DEADLINE TO ACCOMMODATE SELECT DEPOSITIONS – Page 3

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 866.233.5869

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that, on July 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Dated this July 30, 2020.

        BAILEY DUQUETTE P.C.

By  /s *Hozaifa Y. Cassubhai*
    Hozaifa Y. Cassubhai, WSBA#39512
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Telephone: (206) 225-2250
    Fax: (866) 233-5869
    Email: hozaifa@baileyduquette.com

*Attorney for Plaintiff Richard Homchick*

STIPULATION AND [PROPOSED] ORDER FOR A LIMITED EXTENSION TO DISCOVERY DEADLINE TO ACCOMMODATE SELECT DEPOSITIONS – Page 4

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 866.233.5869