The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD HOMCHICK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY, a municipal corporation and responsible entity of the KING COUNTY SHERIFF'S OFFICE and the KING COUNTY PROSECUTING ATTORNEY'S OFFICE; JOHN URQUHART, individually and in his official capacity as King County Sheriff; DANIEL SATTERBERG, individually and in his official capacity as King County Prosecutor, <br><br> Defendants. | No. 2:18-cv-0377-JLR <br><br> ORDER DENYING MOTION TO RE-TAX COSTS |

This matter having come on regularly for hearing on plaintiff's Motion to Re-Tax Costs in this case and the Court having reviewed said motion (Dkt. # 101), the Defendants' Response (Dkt. # 102), and Plaintiff's Reply (Dkt. #103), and all matters submitted with these pleadings, and being otherwise fully advised, now therefore, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff's Motion to Re-Tax Costs (Dkt. # 101) is hereby DENIED.

DONE this 26th day of October, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO RE-TAX
COSTS - (2:18-cv-03777) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819